IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BATALON, | No. C 11-3810 YGR (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KIM HOLLAND, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; and Granting Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

IT IS SO ORDERED.

DATED:  August 10, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.11\Batalon3810.jud.frm